THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 22, 2016

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | June 7, 2016 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2015-31329 |
| DEBTOR: | Tinita Holmes |
| NATURE OF HEARING: | Adjourned hearing on trustee's objection to confirmation |
| APPEARANCES: | William Nickolai, appearing for the debtor |
| | Mary Grossman, staff attorney for the chapter 13 trustee |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

The court held an adjourned hearing on the trustee's objection to confirmation. The audio is posted to the docket. After listening to the parties' arguments the court took the matter under advisement.

# # # # #